UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Civil No. 13-14040

v.                                     Honorable Robert H. Cleland

SEVEN HUNDRED TWENTY-EIGHT
THOUSAND FIVE DOLLARS AND TWENTY-
SEVEN CENTS ($728,005.27) IN U.S. CURRENCY
FROM CITIZENS BANK OF MICHIGAN ACCOUNT
04536291935; SEVENTY-SIX THOUSAND ONE
HUNDRED THIRTY-SIX DOLLARS ($76,136) IN
U.S. CURRENCY; FOUR THOUSAND NINE HUNDRED
FORTY SIX (4,946) ASSORTED CELLULAR DEVICES
AND ELECTRONICS VALUED AT $410,600;
THREE HUNDRED SIXTY FIVE (365) ASSORTED
CELLULAR DEVICES VALUED AT $100,825; AND
TWENTY (20) ASSORTED CELLULAR DEVICES
VALUED AT $5,900,

        Defendants *In Rem*.
_____/

**ORDER GRANTING GOVERNMENT'S MOTION
<u>FOR SUBSTITUTION OF COUNSEL</u>**

The Court, having reviewed the Government's Motion for Substitution of

Counsel; and there being no opposition to the Motion; hereby:

GRANTS the Motion and terminates Assistant United States Attorney Gjon

Juncaj as counsel for the Government and substitutes Assistant United States

Attorney Adriana N. Dydell as counsel for the Government.

**IT IS SO ORDERED.**

                                              **s/Robert H. Cleland**
                                              HONORABLE ROBERT H. CLELAND
                                              United States District Judge

Dated: August 18, 2015