UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,           Civil No. 13-14040

v.                Honorable Robert H. Cleland

SEVEN HUNDRED TWENTY-EIGHT
THOUSAND FIVE DOLLARS AND TWENTY-
SEVEN CENTS ($728,005.27) IN U.S. CURRENCY
FROM CITIZENS BANK OF MICHIGAN ACCOUNT
04536291935; SEVENTY-SIX THOUSAND ONE
HUNDRED THIRTY-SIX DOLLARS ($76,136) IN
U.S. CURRENCY; FOUR THOUSAND NINE HUNDRED
FORTY SIX (4,946) ASSORTED CELLULAR DEVICES
AND ELECTRONICS VALUED AT $410,600;
THREE HUNDRED SIXTY FIVE (365) ASSORTED
CELLULAR DEVICES VALUED AT $100,825; AND
TWENTY (20) ASSORTED CELLULAR DEVICES
VALUED AT $5,900,

   Defendants *In Rem*.
_____/

**ORDER GRANTING GOVERNMENT'S MOTION
FOR SUBSTITUTION OF COUNSEL**

  The Court, having reviewed the Government's Motion for Substitution of Counsel; and there being no opposition to the Motion; hereby:

  GRANTS the Motion and terminates Assistant United States Attorney Adriana N. Dydell as counsel for the Government and substitutes Assistant United

States Attorney Paul Kuebler as counsel for the Government.

**IT IS SO ORDERED.**

                                                                                  <u>s/Robert H. Cleland</u>
                                                                                  HONORABLE ROBERT H. CLELAND
Dated: October 12, 2015                United States District Judge