UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                          Civil No. 13-14040

v.                                          Hon. Robert H. Cleland

SEVEN HUNDRED TWENTY-EIGHT
THOUSAND FIVE DOLLARS AND TWENTY-
SEVEN CENTS ($728,005.27) IN U.S. CURRENCY
FROM CITIZENS BANK OF MICHIGAN ACCOUNT
04536291935; SEVENTY-SIX THOUSAND ONE
HUNDRED THIRTY-SIX DOLLARS ($76,136) IN
U.S. CURRENCY; FOUR THOUSAND NINE HUNDRED
FORTY SIX (4,946) ASSORTED CELLULAR DEVICES
AND ELECTRONICS VALUED AT $410,600;
THREE HUNDRED SIXTY FIVE (365) ASSORTED
CELLULAR DEVICES VALUED AT $100,825; AND
TWENTY (20) ASSORTED CELLULAR DEVICES
VALUED AT $5,900,

        Defendants *in Rem*.

---

### Government's Status Report

---

The Government submits this status report pursuant to the November 12, 2013 Stipulation for Entry of Order Administratively Closing Civil Forfeiture Proceedings. ECF No. 11.

The Court administratively closed the above-captioned civil forfeiture case (the "Case") due to an underlying criminal investigation. The parties to the Case agreed that the Case would be administratively closed for statistical purposes only, and that it may be reopened upon further order of the Court, or at the request of either party if the criminal investigation and/or the criminal prosecution, if any, is resolved.

The Government requests that this Case remain administratively closed as the underlying criminal matter remains open. The Government will continue to file a status report with the Court at 90-day intervals until this Case is reopened, or on or before April 26, 2021. The Government shall file a status report on the next business day if the 90th day falls on a weekend or federal holiday.

                                                Respectfully submitted,

                                                MATTHEW SCHNEIDER
                                                United States Attorney

Dated: January 26, 2021                   s/GJON JUNCAJ
                                                GJON JUNCAJ (P63256)
                                                U.S. Attorney's Office
                                                211 W. Fort Street, Ste. 2001
                                                Detroit, MI 48226
                                                (313) 226-0209
                                                Email: gjon.juncaj@usdoj.gov

## ***CERTIFICATE OF SERVICE***

I hereby certify that on January 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will notify all ECF participants.

                                          s/GJON JUNCAJ
                                          GJON JUNCAJ
                                          U.S. Attorney's Office
                                          211 W. Fort Street, Ste. 2001
                                          Detroit, MI 48226
                                          (313) 226-0209
                                          Email: gjon.juncaj@usdoj.gov
                                          (P63256)