UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Case No. 13-cv-14040
Honorable Robert H. Cleland

SEVEN HUNDRED TWENTY-EIGHT THOUSAND FIVE DOLLARS AND TWENTY- SEVEN CENTS ($728,005.27) IN U.S. CURRENCY FROM CITIZENS BANK OF MICHIGAN ACCOUNT 04536291935; SEVENTY-SIX THOUSAND ONE HUNDRED THIRTY-SIX DOLLARS ($76,136) IN U.S. CURRENCY; FOUR THOUSAND NINE HUNDRED FORTY SIX (4,946) ASSORTED CELLULAR DEVICES AND ELECTRONICS VALUED AT $410,600;  THREE HUNDRED SIXTY FIVE (365) ASSORTED  CELLULAR DEVICES VALUED AT $100,825; AND  TWENTY (20) ASSORTED CELLULAR DEVICES VALUED AT $5,900,

        Defendants *in Rem*.

## Government's Status Report

The Government submits this status report pursuant to the November 12, 2013 Stipulation for Entry of Order Administratively Closing Civil Forfeiture Proceedings (ECF No. 11).

The Court administratively closed the above-captioned civil forfeiture case (the "Case") due to an underlying criminal investigation. The parties to the Case agreed that the Case would be administratively closed for statistical purposes only, and that it may be reopened upon further order of the Court, or at the request of either party if the criminal investigation and/or the criminal prosecution, if any, is resolved.

On February 11, 2021, based on the above referenced criminal investigation, the Government filed an Amended Criminal Complaint in the Eastern District of Michigan, 21-mj-30062, charging Harry Zeer and Art Patto with Interstate Transportation of Stolen Goods (18 U.S.C. § 2314), Interstate Sale of Stolen Goods (18 U.S.C. § 2315), and Conspiracy Against the United States (18 U.S.C. § 371) (ECF No. 7). The Government requests that this Case remain administratively closed as an underlying criminal case remains pending. The Government will continue to file a status report with the Court at 90-day intervals until this Case is reopened, or on or before October 22, 2023. The Government shall file a status report on the next business day if the 90th day falls on a weekend or federal holiday.

                    Respectfully submitted,

                    Dawn N. Ison
                    United States Attorney

                    <u>S/Gjon Juncaj</u>
                    Gjon Juncaj (P63256)
                    Assistant U.S. Attorney
                    211 W. Fort Street, Ste. 2001
                    Detroit, Michigan 48226
                    (313) 226-0209
                    Gjon.Juncaj@usdoj.gov

Dated: July 19, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will notify all ECF participants.

 S/Gjon Juncaj
Gjon Juncaj (P63256)
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan  48226
(313) 226-0209
Gjon.Juncaj@usdoj.gov

4