UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

Case No. 13-cv-14040
Honorable Sean F. Cox

SEVEN HUNDRED TWENTY-EIGHT THOUSAND FIVE DOLLARS AND TWENTY- SEVEN CENTS ($728,005.27) IN U.S. CURRENCY FROM CITIZENS BANK OF MICHIGAN ACCOUNT 04536291935; SEVENTY-SIX THOUSAND ONE HUNDRED THIRTY-SIX DOLLARS ($76,136) IN U.S. CURRENCY; FOUR THOUSAND NINE HUNDRED FORTY SIX (4,946) ASSORTED CELLULAR DEVICES AND ELECTRONICS VALUED AT $410,600; THREE HUNDRED SIXTY FIVE (365) ASSORTED CELLULAR DEVICES VALUED AT $100,825; AND TWENTY (20) ASSORTED CELLULAR DEVICES VALUED AT $5,900,

      Defendants *in Rem*.

## Government's Final Status Report

The Government submits this final status report pursuant to a November 12, 2013, Stipulation for Entry of Order Administratively Closing Civil Forfeiture Proceedings (ECF No. 11).

The Court administratively closed the above-captioned civil forfeiture case (the "Case") due to an underlying criminal investigation. The parties to the Case agreed that the Case would be administratively closed for statistical purposes only, and that it may be reopened upon further order of the Court, or at the request of either party if the criminal investigation and/or the criminal prosecution, if any, is resolved.

The parties recently reached an agreement in principle to resolve these civil forfeiture proceedings. The government anticipates that within 21 days the parties will submit a stipulated consent judgment for the court's consideration.

        Respectfully submitted,

        Dawn N. Ison
        United States Attorney

        S/Gjon Juncaj
        Gjon Juncaj (P63256)
        Assistant U.S. Attorney
        211 W. Fort Street, Ste. 2001
        Detroit, Michigan 48226
        (313) 226-0209
        Gjon.Juncaj@usdoj.gov

Dated: July 17, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will notify all ECF participants.

 S/Gjon Juncaj
Gjon Juncaj (P63256)
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226
(313) 226-0209
Gjon.Juncaj@usdoj.gov